**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC. CASE NO. 3:08mc94**

| | |
|---|---|
| **W.L. GORE & ASSOCIATES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **O R D E R** |
| ) | |
| **CHARLES THOMAS ROSENMAYER,** ) | |
| **Ph.D.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Notice of Withdrawal of

Motion [Doc. 2], filed by Intervenors Coltec Industrial Products LLC and

Coltec Industries Inc. d/b/a Plastomer Technologies on June 18, 2008,

wherein said Intervenors seek to withdraw their Motion to Quash [Doc. 1]

that was the only subject of this miscellaneous proceeding.

Since the withdrawal fo the Motion to Quash would dispose of all

matters before this Court related to the dispute between the parties, the

Court will treat the Notice of Withdrawal as a Motion for Voluntary

Dismissal of this miscellaneous proceeding, and for the reasons stated in

the Notice and for cause shown, **IT IS, THEREFORE, ORDERED** that the

Intervenors' Motion [Doc. 2] is **ALLOWED**, and the Motion to Quash

Subpoena [Doc. 1] filed on June 3, 2008 is deemed **WITHDRAWN**.    The

Clerk is directed to terminate this miscellaneous proceeding.

Signed: June 23, 2008

Martin Reidinger
United States District Judge